

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

ssverdlov@seyfarth.com
T (212) 218-5547

www.seyfarth.com

**MEMO ENDORSED**

October 1, 2020

**SO ORDERED:**

Application **GRANTED**.

_____
**Ona T. Wang**          10/5/20
United States Magistrate Judge

**VIA ECF**

Hon. Ona T. Wang
U.S. Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

> Re: *Monegro v. Whirlpool Properties, Inc.*,
> Civil Action No.: 1:20-cv-06091 (S.D.N.Y.)

Dear Judge Wang:

    This office represents Defendant Whirlpool Properties, Inc. ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Frankie Monegro ("Plaintiff"), to respectfully request a 30-day extension of the deadline for Defendant to respond to the Complaint.

    By way of background, Plaintiff commenced this action on or about August 4, 2020. (ECF No. 1.)  Defendant waived service of the Summons and Complaint on August 10, 2020.  (ECF No. 6.)  Defendant's responsive pleading is due on or before October 9, 2020.  (*Id.*)

    This is the first request for an extension of Defendant's responsive pleading deadline.  Defendant is requesting this extension to provide it with additional time to investigate the allegations in the Complaint.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

    We respectfully submit this request in good faith and not to cause undue delay. The granting of this application will not impact any other scheduled deadlines.  We thank the Court for its time and attention to this matter.

65925870v.2



Hon. Ona T. Wang
October 1, 2020
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Samuel Sverdlov*

Samuel Sverdlov

65925870v.2